# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re Geisinger Health Data Security Incident Litigation* | Case No. 4:24-CV-01071-MWB<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## ORDER APPOINTING INTERIM CLASS LEADERSHIP

Before the Court is Plaintiffs James Wierbowski, John Saxer, Carolynn Saxer, Amber Lopez, Amanda Bidgood, and Ralph Reviello's Motion to Appoint Interim Class Leadership. The Court has considered all parties' submissions and arguments, files, records, and prior proceedings to date in this matter, assessed the factors enumerated in Fed. R. Civ. P. 23(g)(1), and good cause appearing based on the record.

Therefore, **IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

    1.    The Court appoints Benjamin F. Johns of Shub & Johns, LLC and Ben Barnow of Barnow and Associates, P.C. as Interim Co-Lead Class Counsel to lead the litigation and to assure its orderly prosecution, with the responsibilities set forth below:

        a.    Finalizing and filing all pleadings, briefs, motions, and other papers on behalf of Plaintiffs and the putative class;

    b.     Initiating, coordinating, and conducting all pretrial discovery for the benefit of Plaintiffs and the putative class, including causing the issuance of interrogatories, document requests, requests for admission, subpoenas, and examining witnesses at depositions;

    c.     Conducting all settlement negotiations on behalf of Plaintiffs and the putative class;

    d.     Acting as the spokespersons for Plaintiffs and the putative class at pretrial proceedings in response to the Court's inquiries, subject to any right of individual Plaintiffs' counsel to present non-repetitive, individual, or different positions as directed by the Court;

    e.     Conducting trial and post-trial proceedings;

    f.     Conducting all appeals;

    g.     Consulting with and employing consultants and experts as they may deem appropriate;

    h.     Negotiating and entering into stipulations with Defendants regarding the litigation;

    i.     Monitoring the activities of Plaintiffs' counsel to ensure that schedules are met and unnecessary expenditures of time and money are avoided;

    j.     Coordinating and communicating with Defendants' counsel with respect to the matters addressed in this paragraph; and

    k.     Performing such functions as may be expressly authorized by further orders of the Court.

2.     The Court appoints a Plaintiffs' Executive Committee of Scott Edward Cole of Cole & Van Note, Andrew W. Ferich of Ahdoot & Wolfson, PC, Todd S. Garber of Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, and Kenneth

Grunfeld of Kopelowitz Ostrow P.A. Plaintiffs' Executive Committee will work with Interim Co-Lead Class Counsel to ensure that work is completed efficiently and without duplication.

3. It is the Court's intent that, as to all matters common to these coordinated cases, and to the fullest extent consistent with the independent fiduciary obligations owed by any and all plaintiffs' counsel to their clients and any putative class, pretrial proceedings shall be conducted by and through Interim Co-Lead Class Counsel and Plaintiffs' Executive Committee.

4. All other plaintiffs' counsel who are or may become involved in this Action are prohibited from taking any action on behalf of the putative class without advance authorization from Interim Co-lead Class Counsel, except for an application to modify or be relieved from this Order.

5. Counsel for all parties are directed to cooperate with one another, wherever possible, to promote the expeditious handling of pre-trial proceedings in this action, and to conduct themselves in a manner consistent with the Local Rules of the United States District Court for the Middle District of Pennsylvania.

6. This Order shall apply to any action filed in, transferred to, or removed to this Court, which relates to the subject matter at issue in this case.

7. Plaintiffs shall file a Consolidated Complaint no later than forty-five (45) days following the entry of this Order.

**IT IS SO ORDERED.**

Date: January 30, 2025                    *s/ Matthew W. Brann*
                                          Matthew W. Brann
                                          Chief United States District Judge