**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re Geisinger Health Data Security Incident Litigation* | Case No. 4:24-cv-01071-MWB |

**JOINT MEDIATION REPORT AND NOTICE OF SETTLEMENT**

Pursuant to the Court's Order dated March 24, 2025, Dkt. No. 46, Plaintiffs and Defendants Nuance Communications, Inc. and Geisinger Health (together, the "Parties"), file this Joint Report to inform the Court that at the June 30, 2025 mediation with the Honorable Judge Diane M. Welsh (Ret.), the Parties reached a mutually agreeable, class-wide settlement and entered into a term sheet regarding the details of the settlement.

The Parties are currently finalizing the settlement documents. Within sixty (60) days of this Joint Report, the Parties will move the Court for preliminary approval of the settlement.

Accordingly, the Parties jointly request the Court continue the previously entered stay for sixty (60) days from the submission of this Joint Report and enter the attached Proposed Order.

Dated: July 7, 2025                                  Respectfully submitted,

*/s/ Benjamin F. Johns*                              */s/ Su Jin Kim*
**SHUB JOHNS & HOLBROOK LLP**        **MORGAN, LEWIS & BOCKIUS LLP**
Benjamin F. Johns (PA ID 201373)         Ezra D. Church (PA ID 206072)

1

Samantha E. Holbrook (PA ID 311829)
200 Barr Harbor Dr., Suite 400
Conshohocken, PA 19428
Tel: 610-477-8380
bjohns@shublawyers.com
sholbrook@shublawyers.com

**BARNOW AND ASSOCIATES, P.C.**
Ben Barnow*
Anthony L. Parkhill*

205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312.621.2000
Fax: 312.641.5504
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com

*Co-Lead Counsel for Plaintiffs*

Su Jin Kim (PA ID 317953)
William C. Kuzma (PA ID 327814,
admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA 19103
Tel: 215-963-5000
ezra.church@morganlewis.com
su.kim@morganlewis.com
william.kuzma@morganlewis.com

*Attorneys for Defendant*
*Nuance Communications, Inc.*

*/s/ Max E. Kaplan*
**COZEN O'CONNOR**
Max E. Kaplan (PA ID 323140)
One Liberty Place
1650 Market Street Suite 2800
Philadelphia, PA 19103
Tel: (215) 665-4682
MKaplan@cozen.com

*Attorneys for Defendant*
*Geisinger Health*

2