# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re Geisinger Health Data Security Incident Litigation* | Case No. 4:24-cv-01071-MWB |

## [PROPOSED] ORDER

Pursuant to the Parties' Joint Mediation Report and Notice of Settlement, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned Action shall be STAYED for sixty (60) days hereof while the Parties prepare a joint motion for preliminary approval of the class-wide settlement.

Dated: _____    _____
The Honorable Matthew W. Brann
Chief Judge, United States District Court